# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Johnny Edward Crawford**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff, ) | 1:20-cv-00254-MR |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security **,** ) | |
| Defendant. ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 26, 2022 Order.

September 26, 2022

Frank G. Johns, Clerk
United States District Court